UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA ADAMS,

                                         Plaintiff,

                          -v-

EXG 138E50 LLC *et al.*,

                                    Defendants.

24 Civ. 1289 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      On July 22, 2024, plaintiff Joshua Adams filed proposed certificate of defaults, which the Clerk of Court issued that day. However, plaintiff has not yet filed a motion for default judgment in accordance with Federal Rule of Civil Procedure 55(b)(2) or otherwise submitted supporting documentation as required by the Court's Individual Rules and Practices. The Court directs plaintiff to comply with these requirements and file such a motion by September 3, 2024. Failure to do will lead the Court to dismiss this case, without prejudice, for failure to prosecute.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 22, 2024
       New York, New York