Law Office of Jennifer E. Tucek, PC
315 Madison Avenue, Suite 3054
New York New York 10017
(917) 669-6991
TucekLaw@GMail.com

September 5, 2024

Via ECF
Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Joshua Adams v. Abaita 49 East LLC, et al* / 24-cv-1289

Dear Judge Englemayer:

    I represent the plaintiff in the above-referenced matter.   I write this letter to request, belatedly, a one-week extension of time to file a default motion. Last week, I spoke with a representative of Defendant Abaita 49 East LLC who advised that he had just received the Complaint and was sending the matter to counsel.   I have also recently learned that there is a significant delay at the Secretary of State with service of process.   I believed that my assistant had already filed this request for an extension of time, but there was apparently a miscommunication. I apologize for the delay.   Plaintiff respectfully requests a one-week extension of time to further seek a default to allow Defendants time to appear.   Thank you.

Respectfully submitted,

/s/Jennifer E. Tucek
Bar No. JT2609

Granted.
SO ORDERED.

*/s/ Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge
September 6, 2024