UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA ADAMS, | |
| Plaintiff, | 24 Civ. 1289 (PAE) |
| -v- | ORDER TO SHOW CAUSE |
| EXG 138E50 LLC *et al.*, | |
| Defendants. | |

PAUL A. ENGELMAYER, District Judge:

On November 16, 2024, plaintiff Joshua Adams filed a Complaint. Dkt 1. On April 6, 2024, plaintiffs filed proof of service for defendants EXG 138E50 LLC, 49th Street Owner LLC, and Abaita 49 East LLC. Dkts. 10–12. Defendants deadline to answer or otherwise respond was April 29, 2024. Defendants have not responded or otherwise appeared in this case. On July 22, 2024, Adams obtained a Clerk's Certificate of Default as to all three defendants. Dkts. 25–27. On September 10, 2024, plaintiffs moved for default judgment. Dkt. 31.

Adam's papers in support of its motion are in good order. If defendants wish to oppose the motion, its counsel shall enter a notice of appearance prior to October 4, 2024, and file an opposition on ECF, explaining why a default judgment is not warranted by October 4, 2024. Plaintiffs are to serve this order, and the papers in support of its motion for default judgment, on Tianshi forthwith and file proof of this service no later than September 18, 2024.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 12, 2024
       New York, New York